**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STELLANTIS N.V., CARLOS TAVARES, and NATALIE M. KNIGHT, <br><br> Defendants. | Case No.: 1:24-cv-06196-JHR <br><br> Hon. Jennifer H. Rearden |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF THOMAS TRAPP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.       I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Thomas Trapp ("Movant") and proposed Lead Counsel for the Class.

2.       I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.       Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Stellantis N.V. ("Stellantis" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Stellantis securities;

**Exhibit C**:     Press Release published August 15, 2024, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Long v. Stellantis N.V., et. al.,* Case No. 1:24-cv-06196-JHR;

**Exhibit D**:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: October 15, 2024                    Respectfully Submitted,

                                 **LEVI & KORSINSKY, LLP**

                                 By: */s/ Adam M. Apton*
                                 Adam M. Apton (AS-8383)
                                 33 Whitehall Street, 17th Floor
                                 New York, NY 10004
                                 Tel: (212) 363-7500
                                 Fax: (212) 363-7171
                                 Email: aapton@zlk.com

                                 *Lead Counsel for Thomas Trapp and*
                                 *[Proposed] Lead Counsel for the Class*