# EXHIBIT B

| Client Name | Thomas Trapp |
| --- | --- |
| Company Name | Stellantis N.V. |
| Ticker Symbol | STLA |
| Security Type | |
| Class Period Start | 02-15-2024 |
| Class Period End | 07-24-2024 |
| 90-DAY Lookback Period Start | 07-25-2024 |
| 90-DAY Lookback Period End | 10-14-2024 |
| 90-DAY Lookback Average | $ 15.45 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $141,994.88 |
| DURA LIFO* Total | $141,994.88 |
| Gross Shares Purchased | 14,401 |
| Net Shares Retained | 14,401 |
| Net Funds Expended | $364,422.11 |

### Thomas Trapp

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-12-2024 | 576 | 26.25 | $ 15,120.00 | | | | | | - | 576 | 576 | $ 15.45 | $ 8,896.47 | $ 6,223.53 | $ 6,223.53 |
| 04-12-2024 | 12 | 26.185 | $ 314.22 | | | | | | - | 12 | 12 | $ 15.45 | $ 185.34 | $ 128.88 | $ 128.88 |
| 04-12-2024 | 4 | 26.145 | $ 104.58 | | | | | | - | 4 | 4 | $ 15.45 | $ 61.78 | $ 42.80 | $ 42.80 |
| 04-16-2024 | 1314 | 25.7125 | $ 33,786.23 | | | | | | - | 1314 | 1314 | $ 15.45 | $ 20,295.08 | $ 13,491.15 | $ 13,491.15 |
| 04-16-2024 | 4199 | 25.745 | $ 108,103.26 | | | | | | - | 4199 | 4199 | $ 15.45 | $ 64,854.66 | $ 43,248.59 | $ 43,248.59 |
| 04-16-2024 | 400 | 25.74 | $ 10,296.00 | | | | | | - | 400 | 400 | $ 15.45 | $ 6,178.11 | $ 4,117.89 | $ 4,117.89 |
| 04-16-2024 | 6700 | 25.75 | $ 172,525.00 | | | | | | - | 6700 | 6700 | $ 15.45 | $ 103,483.26 | $ 69,041.74 | $ 69,041.74 |
| 04-16-2024 | 14 | 25.725 | $ 360.15 | | | | | | - | 14 | 14 | $ 15.45 | $ 216.23 | $ 143.92 | $ 143.92 |
| 05-02-2024 | 244 | 21.515 | $ 5,249.66 | | | | | | - | 244 | 244 | $ 15.45 | $ 3,768.64 | $ 1,481.02 | $ 1,481.02 |
| 06-27-2024 | 938 | 19.79 | $ 18,563.02 | | | | | | - | 938 | 938 | $ 15.45 | $ 14,487.66 | $ 4,075.36 | $ 4,075.36 |
| Total: | 14,401 | | $364,422.11 | | | | | | | 14,401 | 14,401 | | $222,427.23 | $141,994.88 | $141,994.88 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.