# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*August 15, 2024 16:03 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Stellantis N.V. Securities and Sets a Lead Plaintiff Deadline of October 15, 2024

NEW YORK, Aug. 15, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Stellantis N.V. ("Stellantis" or the "Company") (NYSE: STLA) between February 15, 2024 to July 24, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Steven Long v. Stellantis N.V., et al.* (Case No. 1:24-cv-06196) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/stellantis-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, Stellantis issued a press release on July 25, 2024, announcing its financial results for the first half of 2024. The Company reported a steep drop in earnings that fell below forecasts, citing weak margins and high inventory at its U.S. operations. In addition, Stellantis's Chief Executive Officer Carlos Tavares indicated that the Company was ready to dispose of underperforming brands in its portfolio, while Chief Financial Officer Natalie Knight disclosed the need to take "decisive actions to address operational challenges" in North America, including reducing production and prices for the Company's vehicles.

Following this news, Stellantis's stock price fell over 7% the same day.

**If you suffered a loss in STLA securities, you have until October 15, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com