# Exhibit 3

**Stellantis N.V. Loss Chart**

**Class Period:February 15, 2024 through July 24, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $15.44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark Lim | 5/17/2024 | 445 | ($22.56) | ($10,036.98) | 10/11/2024 | 2,222 | $12.82 | $28,486.26 | | | | |
| | 5/20/2024 | 450 | ($22.51) | ($10,129.50) | | | | | | | | |
| | 5/20/2024 | 440 | ($22.47) | ($9,886.80) | | | | | | | | |
| | 5/20/2024 | 880 | ($22.48) | ($19,782.40) | | | | | | | | |
| | 5/20/2022 | 7 | ($22.45) | ($157.12) | | | | | | | | |
| | | 2,222 | | ($49,992.79) | | 2,222 | | $28,486.26 | 0 | $0.00 | ($21,506.53) | |