UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

STEVEN LONG, Individually and on Behalf
of All Others Similarly Situated,

                 Plaintiff,

      vs.

STELLANTIS N.V., CARLOS TAVARES,
and NATALIE M. KNIGHT,

             Defendants.

———————————————————— x

: Civil Action No. 1:24-cv-06196-JHR
:
: DECLARATION OF CHAD JOHNSON IN
: SUPPORT OF MOTION FOR
: APPOINTMENT AS LEAD PLAINTIFF
: AND APPROVAL OF LEAD PLAINTIFF'S
: SELECTION OF LEAD COUNSEL
:
:
:
:
:
:

4895-5157-4512.v1

I, CHAD JOHNSON, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  My full name is Christopher Chad Johnson.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movants City of North Miami Beach General Employees' Retirement Plan and Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach (collectively, the "North Miami Beach Funds") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the North Miami Beach Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Globe Newswire,* a national business-oriented wire service, on August 15, 2024;

Exhibit B:    The North Miami Beach Funds' Sworn Certifications; and

Exhibit C:    Chart of the North Miami Beach Funds' estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of October, 2024.

*s/ Chad Johnson*

CHAD JOHNSON

- 1 -