# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of North Miami Beach General Employees' Retirement Plan ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Das v. Unity Software, Inc.,* No. 3:22-cv-03962 (N.D. Cal.)
*City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v. Barclays PLC*, No. 1:22-cv-08172 (S.D.N.Y.)
*In re Sotera Health Company Sec. Litig.,* No. 1:23-cv-00143 (N.D. Ohio)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __2nd__ day of __October__, 2024.

City of North Miami Beach General
Employees' Retirement Plan

By: _Lori Helton_
8DB373FE99BF4A0...
Lori Helton, Chairperson

STELLANTIS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/25/2024 | 926 | $24.49 |
| 05/09/2024 | 1,447 | $21.79 |

Prices listed are rounded up to two decimal places.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Sotera Health Company Sec. Litig.*, No. 1:23-cv-00143 (N.D. Ohio)

(b) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, No. 1:22-cv-01167 (E.D.N.Y.)
*Das v. Unity Software, Inc.*, No. 3:22-cv-03962 (N.D. Cal.)
*City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v. Barclays PLC*, No. 1:22-cv-08172 (S.D.N.Y.)
*In re Perion Network Ltd. Sec. Litig.*, No. 1:24-cv-02860 (S.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

STELLANTIS

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __29__ day of __September__, 2024.

Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach

By: _____

Mohammad Asim, Chairman

STELLANTIS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/25/2024 | 1,365 | $24.49 |
| 05/09/2024 | 2,131 | $21.79 |

Prices listed are rounded up to two decimal places.

*Opening position of 6,621 shares.