**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STELLANTIS N.V., CARLOS TAVARES, and NATALIE M. KNIGHT, <br><br> Defendants. | Case No. 1:24-cv-06196-JHR <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF HANNAH ROSS IN SUPPORT OF THE MOTION OF BOSTON RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

I, Hannah Ross, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the Motion of Boston Retirement System ("Boston"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an order: (1) appointing Boston as Lead Plaintiff; (2) approving its selection of Bernstein Litowitz as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Certification of Boston;

EXHIBIT B:   Chart of transactions and losses of Boston;

EXHIBIT C:   Notice of pendency of *Long v. Stellantis N.V.*, No. 1:24-cv-06196 (S.D.N.Y.), published on August 15, 2024; and

EXHIBIT D:   Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of October 2024.

*/s/ Hannah Ross*
Hannah Ross