# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Timothy J. Smyth, on behalf of Boston Retirement System ("Boston"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Officer of Boston. I have reviewed a complaint filed in this matter. Boston has authorized the filing of this motion for appointment as lead plaintiff.

2. Boston did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Boston is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Boston's transactions in the Stellantis N.V. securities that are the subject of this action are set forth in the chart attached hereto.

5. Boston has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *Lemm, Jr. v. New York Community Bancorp, Inc.*, No. 24-cv-903 (E.D.N.Y.)
> *Vazquez v. Masimo Corporation*, No. 23-cv-1546 (S.D. Cal.)
> *In re Silvergate Capital Corporation Securities Litigation*,
> No. 22-cv-1936 (S.D. Cal.)
> *In re Barclays PLC Securities Litigation*, No. 22-cv-8172 (S.D.N.Y.)
> *Shapiro v. TG Therapeutics, Inc.*, No. 22-cv-6106 (S.D.N.Y.)
> *Allison v. Oak Street Health, Inc.*, No. 22-cv-149 (N.D. Ill.)
> *In re Telefonaktiebolaget LM Ericsson Securities Litigation*,
> No. 22-cv-1167 (E.D.N.Y.)

6. Boston has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

> *City of Fort Lauderdale Police and Firefighters Retirement System*
> *v. Pegasystems Inc.*, No. 22-cv-11220 (D. Mass.)

7. Boston will not accept any payment for serving as a representative party on behalf of the Class beyond Boston's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _14_ day of October, 2024.

Timothy J. Smyth
Executive Officer
Boston Retirement System

**Boston Retirement System**
**Transactions in Stellantis N.V.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 4/9/2024 | 66,663 | 27.2087 |
| Purchase | 5/9/2024 | 104,999 | 21.7933 |