# EXHIBIT A

**Stellantis N.V. (STLA)**
**Class Period: February 15, 2024 to July 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 82-Days* Mean Price $15.4453 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gregory Rikard | 4/17/2024 | 8,000 | $25.8000 | ($206,400) | | 0 | | $0 | 8,000 | $123,562 | ($82,838) |

*Avg Closing Prices from July 25, 2024 to October 14, 2024