**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>STELLANTIS N.V., CARLOS TAVARES, and NATALIE M. KNIGHT,<br><br>    Defendants. | Case No.: 1:24-cv-06196-JHR<br><br>Hon. Jennifer H. Rearden |

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF THOMAS TRAPP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Thomas Trapp ("Movant") and proposed Lead Counsel for the Class. I respectfully submit this supplemental declaration in further support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel for the Class.

2.    Attached hereto as the exhibit is a true and correct copy of the following:

**Exhibit A**:    The 2024 minutes of the Boston Retirement Board.

I declare under penalty of perjury that the foregoing facts are true and correct.

*[Signature on following page]*

Dated: October 29, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Thomas Trapp and*
*[Proposed] Lead Counsel for the Class*

2