# EXHIBIT A

## MINUTES OF BOSTON RETIREMENT BOARD
**Administrative Session**
January 17, 2024
Boston Retirement Board
Albert O'Neil Room, Boston City Hall
Boston, MA  02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Michael D. O'Reilly; Elected Member; Karen T. Cross, Elected Member; Maureen A. Joyce, *Ex Officio* Member; and, Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE:  Timothy J. Smyth, Executive Officer; Christine M. Weir, Deputy Executive Officer; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Gregory Molina, Board Secretary.

ALSO IN ATTENDANCE:  Michael Manning and Kiley Murphy of NEPC.

### Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:01 a.m.
*Roll Call Vote: Member O'Reilly; Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

### Past Minutes
Motion made, and seconded, to *accept* the Administrative Session Minutes of the December 20, 2023 meeting as presented.
*Roll Call Vote: Member O'Reilly; Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye.*
**Motion accepted (5-0)**

### Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer
Mr. Smyth informed the Board that there were PERAC memos in the Board package provided for educational purposes only.  He highlighted PERAC Memo #30 pertaining to Board training requirements, as well as PERAC Memo #3

regarding minimum distribution payments.  In response to Memo #3, Mr. Smyth asked staff to run a query identifying the population of vested members who were over the minimum distribution age.  That query identified 65 members.  However, Mr. Smyth noted that in reviewing the files, the majority were deceased or refunded, and thus, not eligible for a benefit.  The accounts are being cleaned to reflect their correct status.

Mr. Smyth brought to the Boards attention an OIG-Advisory memo regarding off boarding and banking controls.

Mr. Smyth noted that in February 2024, he and Attorney Thomas will attend the NAPPA conference in Washington, DC.

**Documents Presented:** 1. PERAC Memo 1-2024 re Annual Review of Medical Testing fee, 2. PERAC Memo 2-2024 re 2024 Interest Rate, 3. PERAC Memo 3-2024 re Required Minimum Distribution and attachment, 4. PERAC Memo 4-2024 re 2024 Limits Under Chapter 46 of the Acts of 2002, 5. PERAC Memo 5-2024 re 2024 Limits Under Section 23 of Chapter 131 of the Acts of 2010, 6. PERAC Memo 6-2024 re COLA Notice, 7. PERAC Pension News, 8. OIG-Advisory-Off-Boarding-and-Banking-Controls-Protect-PublicFunds-From-Fraud-1.2024. 9. Forms sent to PERAC for approval. 10. Cover letter and PERAC Retirement Board Change Form - 12.26.2023_Redacted, 11. Cover letter to PERAC re draft indemnification form - 12.26.2023, 12. Cover letter to PERAC re draft Notice of Injury Form - 12.26.2023.

## Outstanding/Ongoing Investment Issues:  John Kelly, Investment Analyst

### *Private Equity Separate Account Search*

Mr. Manning stated that the plan finished 2023 strongly. NEPC is actively reviewing the System's asset allocation process and looking at the markets.

### *Private Market Pacing Plan*

NEPC has included the updated private markets pacing plans in today's materials. The annual pacing plans are used to determine future commitment amounts for private equity, private debt and real estate. The plan accounts for factors such as existing commitments, anticipated cash flows, target allocations, and the forecasted net growth rate. The plans are based on the most recent valuations available, with the majority being as of September 30, 2023. The rise in the markets in 2023 has resulted in the System's total assets increasing, thus NEPC has broadly increased the recommended commitment amounts for future years.

Potential opportunities for this year's private markets searches: Private Equity -$30million–TBD. Private Debt-$60million, Credit Opportunities–Direct Lending and Real-estate-$75million–Opportunistic (including secondaries strategies).

The goal of the pacing plan is to highlight areas of focus within the private markets program and determine the annual commitment amounts for the System. They consider existing manager commitments and anticipated calls/ distributions, adjustments to the target allocation and the forecasted net growth rate. NEPC recommends committing $30 million to the private equity program for vintage year 2024. This is in addition to the Hamilton Lane allocation of $80 million per year.

### *Private Debt Pacing Plan*
Ms. Murphy continued by stating that the goal of the pacing plan is to highlight areas of focus within the private markets program and determine the annual commitment amounts for the System. They consider existing manager commitments and anticipated capital calls/distributions, adjustments to the target allocation and the forecasted net growth rate NEPC recommends committing $60million to Private Debt for vintage year 2024. The System committed $70 million to private debt strategies in 2023.

### *Real Estate Pacing Plan*
The goal of the pacing plan is to high light areas of focus within the private markets program and determine the annual commitment amounts for the System. Once again, they consider existing manager commitments and anticipated calls/ distributions, adjustments to the target allocation and the forecasted net growth rate. NEPC recommends committing $75million to Real Estate for vintage year 2024. The target commitment amount has increased $5 million from last year's pacing plan. The System committed $70 million to real estate strategies in 2023.

The Board, staff and NEPC discussed the presented pacing plans and its affect on the fund.

Motion made, and seconded, to rebalance $60 million Equity to Fixed Income as presented.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye*
**Motion accepted (5-0)**

*January 2024 Flash Report*

Mr. Manning reported that the plan was up +3.7%. during the month of December. The YTD performance is up +11.1% and +8.% in the one-year period.

*Work Plan-2024*

Mr. Manning stated that NEPC has included an updated work plan with the including a proposed work plan for 2024:

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | | | | | | |
| Asset Allocation | | AA Review | | | | | | | | | | |
| Performance | | Q4 | | | Q1 | | | Q2 | | | Q3 | |
| Education / Review | | NEPC Market Outlook | | | | | | | | | | |
| **TRADITIONAL** | | | | | | | | | | | | |
| Search / Presentations | | | Issue Int'l Small Cap Search | | Search Review | Analysis/ Presentations | | | | | | |
| **HEDGE FUNDS** | | | | | | | | | | | | |
| Program Planning | | | | | | | | | | | | |
| Search / Presentations | | | | | | | | | | | | |
| **PRIVATE MARKETS** | | | | | | | | | | | | |
| Program Planning | Pacing Plan | | | | | | | | | | | |
| Search / Presentations | | Issue Debt Search | Search Review | Presentations | | | | | | | | |
| Performance | | Q3 | | | Q4 | | | Q1 | | | Q2 | |
| **REAL ESTATE** | | | | | | | | | | | | |
| Program Planning | Pacing Plan | | | | | | | | | | | |
| Search / Presentations | | | | | | | | | | | | |
| Performance | | Q3 | | | Q4 | | | Q1 | | | Q2 | |

**Documents Presented:** NEPC January 2024 Meeting Materials; NEPC Current Opportunities.

## Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller

*December Financial Snapshot*

Ms. McCarthy reported the December 2023 pension payroll as follows: Contributory payroll: $62,347,807; Contributory Payees: 15,799; Non-contributory payroll: $357,948; Total Non-contributory payees: 42; Regular Retirees: 24; Survivor/Beneficiary Retirees: 4; Disability Retirees: 9; Option C/Disb Surv: 9; Members Refunds: 43 for $691,424; Members Transfers: 10 for $686,974; Option B Refunds: 3 for $244,642; and, Operational Warrants: $397,818.

Ms. McCarthy informed the Board that she tried to consolidate the documents in CSI that are presented to the Board for their review. In particular the summaries. This is a requirement from PERAC this should satisfy their requirements. One thing to mention on the cashflows is that in November the City contributed $500.000 towards the appropriation. Sometimes some additional funds may be awarded to go to the unfunded liability. That's what they did in November. That is the only unusual item we have in cash coming in.

Ms. McCarthy's team just completed the reconciliation of the 2023 1099's. We expect to get over 17 thousand 1099's out to our members. They are ahead of schedule in performing this task. They also sent out the Group 4 letters that go to Police Officers for their insurance and taxes.

The Board and staff discussed preparing for the event of the fund being fully funded and potential strategies.

**Documents Presented:** December 2023 Financial Snapshot; BRS Cash Projections 2023_Nov.; Actuals, 11.23 MMDT Reconciliation; 11.23 Operating Reconciliation; November 2023 CD_CR_ADJ-Summary_ Warrants GL_TB; MMDT Nov 2023; State Boston Retirement Operating #827-8; State Boston Retirement Direct Deposit #180-9; State Boston Retirement Payments #565-3.

**Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director**

*December 2023 payroll update*
Ms. Weir provided the following statistics from the December 2023 payroll:
➤ 35............Potential retirements
➤ 22............Superannuation Retirement cases
➤ 4............Pre-retirement Death Retirement cases
➤ 9............Disability cases Retirement
➤ 13............Carried over from previous month
➤ 28............Total cases processed to payroll in December 2023

**Legal Issues: Natacha Thomas, General Counsel**
Attorney Thomas had no legal update.

## Adjourn from Administrative Session & Enter Executive Session

The Board voted unanimously to adjourn from Administrative Session at approximately 9:51 a.m. and enter into Executive session pursuant to purpose 1 (to discuss disability applications).

*Roll Call Vote:  Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member McLaughlin: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

## Adjourn

The Board voted unanimously to adjourn from administration session at 10:11 a.m.

*Roll Call Vote:  Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member McLaughlin: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Maureen A. Joyce
*Ex Officio Member*

Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*

## MINUTES OF BOSTON RETIREMENT BOARD
**Administrative Session**
February 21, 2024
Boston Retirement Board
Pavilion Conference Room, Boston City Hall
Boston, Massachusetts 02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Michael D. O'Reilly, Elected Member; Karen T. Cross, Elected Member; Maureen A. Joyce, *Ex Officio* Member; Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE:  Timothy J. Smyth, Executive Officer; Christine M. Weir, Deputy Executive Director; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Gregory Molina, Board Secretary.

ALSO IN ATTENDANCE:  Michael Sullivan, Kiley Murphy of NEPC.

## Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:01 a.m.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

## Past Minutes
Motion made, and seconded, to ***accept*** the Administrative Session Minutes of the January 17, 2024, meeting as presented.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye.*
**Motion accepted (5-0)**

## Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer
*Waiver Request*
Mr. Smyth informed the Board that that the first item for today's meeting is

*Boston Retirement Board   Administrative Session Minutes of February 21, 2024   Page 1 of 7*

a waiver request for Kevin Mojave. Member started with BPS as a custodian in 2000. BPS set him up at 7 +2 % when he should have been 9 +2%.  He came in to file his paperwork. The system sent him a letter in 2004 identifying the arears. He also received a system wide letter in 2012 indicating the Systems new policy on waivers.  We just recently sent him a third letter calculating his benefits and informing him that these arears were still outstanding. He executed an affidavit answering the three questions in the affirmative. The member is asking for a waiver.

Motion made, and seconded, to **_deny_** this Needham Waiver request of Kevon Mojave. His request was not made in a timely manner.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye*

**Motion accepted (5-0)**

Mr. Smyth indicated to the Board that there were two forms in the Board packet stating the system has recently approved by PERAC. One is for indemnification for disability retirees for when they submit their medical records. We have updated that form. The form the system was utilizing was going back to the 1980's. The new one is much more user friendly. We've updated the form with ADR population.

PERAC has also approved our notice of injury form.  Mr. Smyth sees this being used, particularly in those cases involving potential PTSD claims. If a member has had a particularly traumatic event and they document it and file it. PERAC has approved the use of this form. This will protect their rights down the road. Both forms have been uploaded to the systems web site.

Mr. Smyth discussed PERAC memorandae 7, 8 and 9.  He also pointed out the PERAC Pension Newsflash, which announced that PERAC had appointed William Keefe as its new Executive Director.

The policy the system drafted on annual vacation buybacks leaves. Ms. Thomas and Mr. Smyth had a meeting with Patrick Charles about three weeks ago. They largely were very supportive of the language we drafted. The only caveat and its been corrected. Any buybacks prior to May 1, 2018 regardless of consistency is regular compensation. Mr. Smyth edited the memo to reflect that. Mr. Smyth sent the edited memo to Mr. Charles last night. The system will commence instituting that policy and recalculate some member benefits.

**Documents Presented:** 1. PERAC approval of reimbursement form for indemnification of ADR retirees - 01.22.2024. 2. PERAC approval of Notice of Injury Form - 01.22.2024. 3. PERAC Memo 7-2024 re buyback and make-up repayment worksheets. 4. PERAC Memo 8-2024 re PROSPER COLA Submission. 5. PERAC Memo 9-2024 re actuarial data.

## Outstanding/Ongoing Investment Issues: John Kelly, Investment Analyst

Mr. Kelly wanted to inform the Board that he had a meeting with PERAC and Hamilton Lane to go over logistics on how should things work going forward. Given that PERAC issued in the memo. Everyone is comfortable with what is being proposed. It would be to have them participate in a five to ten-minute call to go over when there is an investment that they are recommending that need to be voted/approved by the Board.

### 2024 Asset Allocation Review

Mr. Manning stated that NEPC will provide their current market themes, opportunities, and asset class assumptions for 2024. The full NEPC market outlook will be provided as a separate document. Additionally, NEPC will review the System's asset allocation and discuss potential changes for the Board's consideration.

NEPC Research recently published its asset class assumptions and market outlook for 2024. Return assumptions decreased year-over-year across asset classes – The asset class assumptions and outlook information are included. At today's meeting we reviewed the System's asset allocation and provide a potential change for the Board's consideration. The System's expected return assumption is down from last year as asset class assumptions have broadly declined.

The System's current asset allocation is well positioned and diversified. While no major changes are needed, NEPC suggests making a minor adjustment to the allocation targets. NEPC recommends an Increase TIPS: + 1% and a Decrease Core Bonds: - 1%. In form of implementation. They NEPC feels that the System Adjust the IR+M targets to be 40% Core and 60% TIPS. R+M is currently 60% Core / 40% TIPS. With IR+M at ~5% of the portfolio, this would increase TIPS by 1%, and decrease Core by 1%.

NEPC would like to add U.S. Tips to policy targets. With the normalization of real interest rates, we recommend introducing dedicated U.S. TIPS exposure to strategic policy targets. IPS will compete with other

*Boston Retirement Board   Administrative Session Minutes of February 21, 2024   Page 3 of 7*

diversifying assets in a strategic asset allocation, while representing a less complex and lower fee option. Strategic policy targets for TIPS set below a 5% level are unlikely to offer a material total return or diversification benefits to the portfolio. NEPC's preferred implementation approach is passive and should track the full TIPS index or the 1-10 Year TIPS Index depending on duration needs.

Mr. Sullivan outlined NEPC's strategic asset views. The current efficient frontier curve has flattened. A flat risk curve reduces the marginal benefit of adding risk to the portfolio. The market environment offers a challenging path for several years and will be difficult to repeat the last decade of strong returns. e mindful of long-term wealth objectives as shifts to fixed income from equity limit the potential return upside for portfolios. He asks that the Board be mindful of long-term wealth objectives as shifts to fixed income from equity limit the potential return upside for portfolios. Equity exposure over the long-term offers a wider range of outcomes and can provide returns well-above median expectations.

Motion made, and seconded, to *increase* the TIPS allocation by one percent (1%) and *decrease* the Core bond allocation by one percent (1%) within the IRN portfolio as presented in the NEPC deck.
    *Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye.*
    **Motion accepted (5-0)**

### Q4 2023 Performance Summary
NEPC will review the fourth quarter 2023 investment performance, which provides a high-level review of the program's performance through 12/31/2023. The one-year return was 11%. The update here is the risk and return metrics. For the last five years for the period ending December 31, 2023, the system has annualized at 8.4% percent. At a risk level of 10.5%. The system is just about average in terms of performance. An 8.4% return is great but the system took a lot less risks. The systems rank in terms of risks is 16. Meaning the system took less risk than 85% of the system's peers.

### January 2024 Flash Report
Mr. Sullivan reported that the plan was down -0.1%. during the month of December. The YTD performance is up +7.5% and +5.9% in the one-year period.

### Work Plan-2024

Mr. Sullivan stated that NEPC has included an updated work plan with the meeting materials. Additionally, NEPC has included an overview of the manager searches planned for 2024.

### 2024 Search Planning

Mrs. Murphy indicated that there a couple of searches that need to be conducted.

**Private Debt** for direct lending and credit opportunities. Commitment amount of $60 million in February.

**Real Estate** for value-add and opportunistic/secondaries. Commitment amount of $75 million in February.

**Private Equity** for energy/infrastructure. Commitment amount of $30 million, which an issuing date TBD. Additional searches to be issued this year (7-year requirement): International Small Cap Equity and Hedge Fund of Funds.

**Documents Presented:** 1. NEPC February 2024 Meeting Materials.

### Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller
### January Financial Snapshot

Ms. McCarthy reported the January 2024 pension payroll as follows: Contributory payroll: $62,189,147; Contributory Payees: 15,737; Non-contributory payroll: $311,505; Total Non-contributory payees: 38; Regular Retirees: 15; Survivor/Beneficiary Retirees: 4; Disability Retirees: 7; Option C/Disb Surv: 8; Members Refunds: 54 for $1,329,628; Members Transfers: 14 for $774,147; Option B Refunds: 6 for $190,781; and, Operational Warrants: $190,948.

Ms. McCarthy informed the Board to refer to item 8 on her agenda, cash projections. One notable item that she would like to mention is that in December the system took in $72,000.00 from the State for COLA reimbursement. Everything else for income and revenue is consistent. Staff is working on the bye year projections for March meeting. The other items in the package are standard items that PERAC asks to provide to the Board. Item I is the combined report that the Board asked staff to put into one file. The next couple of months the Board will be getting preliminary documents until everything is closed then the

final documents. Staff also sends preliminary documents to PERAC with falls in line with what they request each month.

Ms. McCarthy stated that she reached out to Vitech regarding the systems pre-paid hours. The system is reaching the limit of pre-paid hours the system purchased in July of 2020. They were expected to last four years. Negotiations have started to purchase more pre-paid hours at a reduced rate. The systems contract with Vitech ends in June of 2027. She would like to purchase hours that will at least get the system to the contracted end date. The cost was $2 million to purchase 13,000 hours. She intends to purchase less since its only for three years. She is budgeting for an additional $2 million.

**Documents Presented:** 1. January snapshot for calendar year 2024, 2. 12.23 Operating Reconciliation, 3. MMDT 0922 -State Boston Retirement Dec 2023, 4. 12.23 MMDT Reconciliation, 5. State Boston Retirement Operating #827-8 (4), 6. State Boston Retirement Direct Deposit #180-9 (2), 7. State Boston Retirement Payments #565-3 (2), 8. BRS Cash Projections 2023_Dec. Actuals, 9. Combined - CR_CD_Adj Summary-GL_TB_Warrants.

## Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director

*January 2024 payroll update*

Ms. Weir provided an update on the payroll numbers for the month of January 2024, as follows:

26      Total potential cases

7.............Accidental disability cases;

1.............Pre-retirement Death cases;

18..........Superannuation retirement cases;

22..........Cases made it to payroll; and,

4............Missed cases (all superannuation retirements)

## Legal Issues: Natacha Thomas, General Counsel

Ms. Thomas stated there were no issues to discuss for legal issues.

## Adjourn from Administrative Session

The Board voted unanimously to adjourn from Administrative Session at approximately 9:51 a.m.

*Boston Retirement Board   Administrative Session Minutes of February 21, 2024   Page 6 of 7*

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member McLaughlin: Aye; and Chairman Greene: Aye.*
**Motion accepted (5-0)**

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Karen T. Cross
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*

Maureen A. Joyce
*Ex Officio Member*

Michael D. O'Reilly
*Elected Member*

*Boston Retirement Board   Administrative Session Minutes of February 21, 2024   Page 7 of 7*

## MINUTES OF BOSTON RETIREMENT BOARD
**Administrative Session**
March 20, 2024
Boston Retirement Board
Albert L. O'Neil Hearing Room 801, Boston City Hall
Boston, Massachusetts 02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Michael D. O'Reilly, Elected Member; Karen T. Cross, Elected Member; Maureen A. Joyce, *Ex Officio* Member; Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE: Timothy J. Smyth, Executive Officer; Christine M. Weir, Deputy Executive Director; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Gregory Molina, Board Secretary.

ALSO IN ATTENDANCE: Michael Manning, Kiley Murphy, Colten Deben of NEPC; Scott Finn, Incoming Board Member.

---

### Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:10 a.m.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

### Past Minutes
Motion made, and seconded, to *accept* the Administrative Session Minutes of the February 21, 2024 meeting as presented.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye*
**Motion accepted (5-0)**

## 2024 Search Planning

| | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | | | | |
| Asset Allocation | | | | | | | | | | |
| Performance | | | Q1 | | | Q2 | | | Q3 | |
| Education / Review | | | | | | | | | | |
| **TRADITIONAL** | | | | | | | | | | |
| Search / Presentations | | | | | | Issue Int'l Small Cap Search | Search Review | Analysis/ Presentations | | |
| **HEDGE FUNDS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | | | | | | | Issue Search | Search Review | |
| **PRIVATE MARKETS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | Review Respondents | Finals Presentations | | Issue PE Search | Review Respondents | Finals Presentations | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |
| **REAL ESTATE** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | Review Respondents | Finals Presentations | | | | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |

Mrs. Murphy indicated that there a couple of searches that need to be conducted:

➢ **Real Estate** for value-add and opportunistic/secondaries. Commitment amount of $75 million in February.

➢ **Private Equity** for energy/infrastructure. Commitment amount of $30 million Issuing date is TBD. Additional searches to be issued this year (7-year requirement): International Small Cap Equity and Hedge Fund of Funds.

**Documents Presented:** NEPC March 2024 Meeting Materials package.

**Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller**
*February 2024 Financial Snapshot*
Ms. McCarthy reported the February 2024 pension payroll as follows: Contributory payroll: $62,600,933; Contributory Payees: 15,748; Non-contributory payroll: $311,505; Total Non-contributory payees: 38; Regular Retirees: 50; Survivor/Beneficiary Retirees: 1; Disability Retirees: 2; Option C/Disb Surv0 Members Refunds: 49 for $982,838; Members Transfers: 6 for $174,967; Option B Refunds: 5 for $308,342; and, Operational Warrants: $323,345.

Ms. McCarthy informed the Board that in their Board package they will find the January 2024 cash projection and actuals. There is nothing alarming to report, just normal cash activity for the month. You'll also find a five-year cash projection which Board Member Joyce assisted with. The team has put these numbers together and we will continue to provide that.

Ms. McCarthy believes this is a good product to have going forward based on conversations in previous meetings. As the System looks ahead at being fully funded. It's a good tool to utilize.  Ms. Joyce thanked the team and extremely pleased with the outcome.

Ms. McCarthy turned the Boards attention to the other documents provided in their packets, which included cash receipts, reconciliation and the bank statements for the month. She stated that She did not have her team present the cash books. The team is trying to close out December. We're not there yet with our cash books, they have focusing on some other tasks for me due to getting the Systems annuals to PERAC.  To present to the Board next month.

**Documents Presented:** 1. 01.24 Operating Reconciliation, 2. 01.24 MMDT Reconciliation, 3. BRS Cash Projections 5-year look-forward, 4. MMDT 0922 -State Boston Retirement Jan 2024, 5. State Boston Retirement Operating #827-8 (4), 6. State Boston Retirement Operating #827-8, 7. State Boston Retirement Payments #565-3, 8. BRS Cash Projections 2024_January Actuals, 9. BRS Cash Projections. 5-year look-forward.

**Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director**
*February 2024 payroll update*
Ms. Weir provided an update on the payroll numbers for the month of February 2024:
55      Potential Cases

| | |
|---|---|
| 3 | Accidental disabilities |
| 1 | Pre-retirement Death |
| 1 | Death of an active |
| 54 | Superannuation's (Section 5) cases |
| 50 | Cases made it to payroll |
| 7 | Cases missed that were Superannuation |

Ms. Weir wanted to inform the Board that Mr. Smyth would be working on the vacation buyback project. CBA's are being signed every day so we are working on that as well as all manual processes that are very tedious.

**Outstanding/Ongoing Legal Issues: Natacha Thomas, General Counsel**
Ms. Thomas stated there were no issues to discuss for legal issues.

**Adjourn from Administrative Session**
The Board voted unanimously to adjourn from Administrative Session at approximately 9:57 a.m.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Cross: Aye; and Chairman Greene: Aye.*
**Motion accepted (5-0)**

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Maureen A. Joyce
*Ex Officio Member*

Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*

## MINUTES OF BOSTON RETIREMENT BOARD
### Administrative Session
April 17, 2024
Boston Retirement Board
Civic Pavilion Room, Boston City Hall Plaza
Boston, MA  02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Michael D. O'Reilly, Elected Member; Karen T. Cross, Elected Member; Scott M. Finn, *Ex Officio* Member; and, Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE:  Timothy J. Smyth, Executive Officer; Christine M. Weir, Deputy Executive Director; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Gregory Molina, Board Secretary.

ALSO IN ATTENDANCE:  Michael Manning, Kiley Murphy, Raj Palekar of NEPC; Connie Thibaut, Tom Cosnell, Sandra Segal, Janey Frank, Marilyn Marioa, John Devlin and Grace Barr of Boston Teachers Union (RTC); Kevin McAdams, Chris Hentemann of 400 Capital Management; Michael Segarinni, Thomas Jorgensen of Orchard Global; and Jeb Banks, Sean Greene of Siguler Guff.

### Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:06 a.m.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

### Past Minutes
Motion made, and seconded, to *accept* the Administrative Session Minutes of the March 20, 2024 meeting as presented.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

**Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer**

*COLA/COLA base scheduling*

Mr. Smyth informed the Board that late last night the Actuary sent a cost memo that the Board gets every spring. Mr. Smyth has provided it to the Board in the Board packet. The Board and staff discussed scheduling for public comments and vote.

Motion made, and seconded, to *change* the June 2024 Board meeting from June 19, 2024, to June 18, 2024.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

*PERAC Memos*

Mr. Smyth informed the Board that there are two PERAC memos in the Board packet for review (PERAC Memo 10-2024 re Tobacco Company List and PERAC Memo 11-2024 re Mandatory Retirement Board Member Training). He asked the Board to please keep up their training and update PROSPER should a Board member attend a training that credits are assigned.

*Waiver request – John Tevnan (Police Department)*

Mr. Smyth informed the Board that there was a Needham waiver request for member John Tevnan. Mr. Tevnan started his career in the early 1980's. Had a break in service, he took a refund back and returned to service at the wrong rate. He did get the waiver letter in 2012 but there is no indication that he asked for a waiver back then. He would like to submit the waiver at this time. The Board discussed the waiver and the timeline in which the member requested the waiver.

Motion made, and seconded, to *deny* the waiver request of John Tevnan in the amount of $37,088.99, because the request was not made in a timely manner.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

**Documents Presented:** 1. Notice to Commonwealth A&F re COLA and COLA base - 04.16.2024. 2. Notice to City Clerk re COLA and attachments - 04.16.2024. 3. Notice to City Clerk re COLA base and attachments - 04.16.2024. 4. Email to City Clerk re filing notice of COLA and COLA base - 04.16.2024. 5. Post-Retirement Earnings Limits for Massachusetts Public Employees. 6. PERAC Memo 10-2024 re Tobacco Company List. 7. PERAC Memo 11-2024 re Mandatory Retirement Board Member Training. 8. John Tevnan waiver request - 04.17.2024.

9. PERAC Approved Supplementary Regulation re Annual Unused Vacation Leave Buyback - received 02.29.2024.

## Outstanding/Ongoing Investment Issues:  John Kelly, Investment Analyst
### *Private Debt Search*

Mr. Manning stated that the private debt search was issued in February on behalf of the System. The annual pacing plan calls for ~$60 million in private debt commitments in 2024, with the ability to commit more at the Board's discretion. This search focused on direct lending and credit opportunities strategies. There were 80 responses to the search, varying by sub-strategy, fund size, geographic exposure, and sector focus. At today's meeting, we will review the respondent list and determine next steps in the search process.

Ms. Murphy went over the Private Debt search. The Private Debt search was issued in February and focused on direct lending and credit opportunities strategies. The search received 80 responses across the two categories. NEPC recommends committing an additional ~$60 million to the System's Private Debt program in 2024. This will be split between multiple managers in Credit Opportunities or Direct Lending. There is flexibility to commit more, at the Board's discretion.

Ms. Murphy introduced Raj Palekar who will go into more detail on the managers respondents that will present today. 400 Capital Management, Orchard Global and Siguler Guff.

Mr. Palekar informed the Board That they have three managers with six strategies will present. Each will have similar return expectations. But are unique in their own way in terms of what they are targeting in the credit universe. All these managers have very experienced teams with strong investment platforms. We also have the discount fees dynamic.

400 Capital Management has a strategy that focuses on the structured credit universe and specialty lending. In NEPC opinion they have the widest mandate of the managers that will be presented today.

Orchard Global focuses on red cap opportunities set. They focus on the corporate loan side.

Siguler Guff's strategy focuses on lower, middle market lending. On the corporate side, they have a strong Private Equity business. Where they can source

some of these sponsors backed companies. This is another option that are different from the rest.

### 400 Capital Management

Mr. McAdams opened by introducing himself and Chris Hentemann. He stated that The BRS have been great partners and thank you to NEPC for their hard work. He then introduced Mr. Hentemann for the rest of presentation. Mr. Hentemann went over the 400 Capital ABTF I and II Strategy.

ABTF deploys a committed capital, solutions-based approach to bridge regulatory and risk-based capital requirements, secular trends in asset financing markets and liquidity for dislocated or distress-driven market opportunities. The strategy primarily targets asset-backed opportunities across residential real estate, commercial. real estate, specialty finance and structured credit in the U.S. and Europe. Target net returns of 12-15+% (no fund-level leverage).

Opportunity: Regulatory capital pressure on the US and European banking systems is set to increase on the back of recent bank failures driving increased demand for risk transfer and regulatory capital solutions. Contracting credit conditions producing an expanding opportunity for non-bank lending solutions across a wide range of asset classes with attractive risk return profiles. Market volatility and deteriorating credit performance is setting the stage for secondary market opportunities for distressed and dislocated loans and securities.

Edge: Value-oriented investment philosophy focused on producing superior risk-adjusted returns. Integrated investment team with deep asset class expertise that understands the interplay between private and public markets. Flexible mandate allows management to rotate capital toward highest conviction themes and best ideas throughout a shifting market landscape.

### Orchard Global

Mr. Segarinni opened by introducing the firm. Orchard Global Asset Management ("Orchard Global") is an alternative asset manager providing transformational financing solutions to banks, asset managers, and other borrowers seeking capital solutions to complex problems. We offer solutions through regulatory capital, opportunistic lending, CLOs, and public credit trading.  Mr. Jorgensen went on to explain the investment opportunities with Orchard Global.

Orchard Global believes there is a significant opportunity in the bank regulatory capital space, which is executable over the next 18 months. Through a

confluence of factors including: continued implementation of Basel guidelines, US money-center banks re-entry into the market, regulator concerns over consumer and real estate credit deterioration and fallout from recent bank failures, we believe there will be a large opportunity to invest at attractive risk/returns levels compared to historical opportunities.

Experienced Investor: Orchard Global through its funds has invested in 77 regulatory capital transactions referencing US$161 portfolio notional and over US$7.0bn funded. EleganTree Opportunities Fund III ("ET III") is our third dedicated regulatory capital investment fund and our fifth fund that has this area as significant investment focus.

Experienced Team: Orchard Global's senior leadership team is represented across all three continents where we operate. We believe our deep knowledge of the markets, financial systems, and regulatory environments around the world allows us to capture value for our partners and investors.

### Siguler Guff

Mr. Banks opened by giving a brief history of the firm. Siglur Guff has a 29-year history of providing diverse investment strategies. Approximately $16 billion in assets under management. Its Global footprint headquartered in New York with offices worldwide, with over 125 employees including over 50 investment professionals. The firm is a leading investor in US Small Business; one of the "Engines of the U.S. Economy." Mr. Greene continued by stating that Sigular Guff is a Leading Investor in U.S. Small Business. Its Small Buyout Opportunities in US Small Business. Established Institutional Investor Small Business Credit Platform: (SBCOF). The firm is Equity focused, Launched 2005, a leading LP in small buyout funds (100+ GPs), Active equity co-investor directly into the companies. Over $7.0B of committed capital.

Small Business Credit Platform: (SBCOF)
The firm is Credit focused, Launched 2015 it's a direct investment only. Mezzanine, first lien loans with small equity co-investments, over $760M invested in 60+ transactions and currently raising and investing out of Fund III.

Investment Opportunity: Small Business Credit Opportunities Funds ("SBCOF") Platform Overview. Launched in 2015. Investing out of SBCOF III. Sigular Guff focuses on underserved small business market: less competitive, better returns. Siguler Guff's buyout fund relationships give them sourcing and information advantages. Proven formula to mitigate risk: Time-tested, resilient

companies, conservative credit structures. Quality equity partner in each deal and consistent execution and demonstrated track record.

Key Metrics: Invested to Date $761M; companies; 63, Avg Company Age; 39 years, Avg Loan Pricing; 13%, Avg. Total Leverage; 3.6x, Avg. Loan to Value; 52%, Annual Return Gross; 15.9% IRR and Annual Return Net of 12.1% IRR.

NEPC staff, BRS staff and the Board discussed the strength of the firms, differences in firms, fees, strategies and its relationship with 400 Capital Management.

Motion made, and seconded, to *hire* Siguler Guff's Small Business Credit Opportunity Fund III for $30 Million for Private Debt space.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye*

**Motion accepted (5-0)**

### March 2024 Flash Report

Mr. Manning reported that the plan was up +2.0%. during the month of March 2024. The YTD performance is up +1.9 % and +10.2% in the one-year period.

### Work Plan-2024

Mr. Manning stated that NEPC has included an updated work plan with the meeting materials.

| | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | | | | |
| Asset Allocation | | | | | | | | | | |
| Performance | | | Q1 | | | Q2 | | | Q3 | |
| Education / Review | | | | | | | | | | |
| **TRADITIONAL** | | | | | | | | | | |
| Search / Presentations | | | | | | Issue Int'l Small Cap Search | Search Review | Analysis/ Presentations | | |
| **HEDGE FUNDS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | | | | | | | Issue Search | Search Review | |
| **PRIVATE MARKETS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | Review Respondents | Finals Presentations | | Issue PE Search | Review Respondents | Finals Presentations | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |
| **REAL ESTATE** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | Review Respondents | Finals Presentations | | | | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |

**Documents Presented:** 1. NEPC March 2024 Meeting Materials. 2. 400 Capital Management presentation. 3. Orchard Global Presentation. 4. Siguler Guff Presentation.

## Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller

### March 2024Financial Snapshot

Ms. McCarthy reported the March 2024 pension payroll as follows: Contributory payroll: $62,610,789; Contributory Payees: 15,778; Non-contributory payroll: $311,505; Total Non-contributory payees: 38; Regular Retirees: 52; Survivor/Beneficiary Retirees: 2; Disability Retirees: 6; Option C/Disb Surv: 3 Members Refunds: 74 for $1,727,945 ; Members Transfers: 54 for $2,549,437; Option B Refunds: 4 for $1,859; and, Operational Warrants: $513,838.

Ms. McCarthy informed the Board that in their Board package is the regular activity for the month of March. Journal entries, reconciliations, bank statements and cash flows. Ms. McCarthy noted that there was nothing really different or unusual.

*PERAC Annual Report*

Ms. McCarthy stated that the Annual PERAC statement for 2023 has been completed and is ready to be submitted to PERAC.

Motion made, and seconded, to *accept* the 2023 Boston Retirement System's annual Statement to PERAC as presented.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye*

**Motion accepted (5-0)**

**Documents Presented:** 1. March 2024 Financial Snapshot. 2. 2023 Boston Ret System Annual Statement. 3. BRS Supplemental Schedules 2023. 4. 02.24 Direct Deposit. 5. 02.24 MMDT Reconciliation. 6. 02.24 MMDT. 7. 02.24 Operating Reconciliation. 8. 02.24 Operating. 9. 02.24 Retirement Payments. 10. 02.24_Adjusting Entries_ Journal Entry_(preliminary). 11. 02.24_Adjusting Entries Account ID_(preliminary). 12. 02.24_Adjusting Entries_Summary__(preliminary). 13. 02.24_Cash Disbursements by Account ID_(preliminary). 14. 02.24_Cash Disbursements by Journal Entry_(preliminary). 15. 02.24_Cash Disbursements by Summary_(preliminary). 16. 2.24_Cash Receipts by Account ID_(preliminary). 17. 02.24_Cash Receipts by Journal Entry_(preliminary). 18. 02.24_Cash Receipts by Summary_(preliminary). 19. BRS Cash Projections 2024_Feb. Actuals.

**Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director**

*March 2024 payroll update*

Ms. Weir provided an update on the payroll numbers for the month of March 2024:

| | |
|---|---|
| 63 | Potential Cases |
| 53 | Superannuation Cases |
| 47 | Total superannuation on payroll |
| 3 | Pre-Retirement death |
| 6 | Accidental disabilities |
| 62 | Cases made it to payroll |

Ms. Weir wanted to inform the Board that that there is a lot going on operationally at the system. Staff is working on the vacation buybacks recalculations, 1000 and refund checks for the personal buyback, the CBA's are being recalculated , and there is a backlog on transfers. She has no update on the construction project. It's on schedule to go out to bid in June 2024.

<u>**Legal Issues: Natacha Thomas, General Counsel**</u>

Ms. Thomas stated there were no issues to discuss for legal issues to discuss in administrative session.

<u>**Adjourn from Administrative Session**</u>

The Board voted unanimously to adjourn from Administrative Session at approximately 11:00 a.m.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member McLaughlin: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Scott M. Finn
*Ex Officio Member*

Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*

## MINUTES OF BOSTON RETIREMENT BOARD
### Administrative Session
May 15, 2024
Boston Retirement Board
Civic Pavilion Room, Boston City Hall
Boston, Massachusetts 02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Karen T. Cross, Elected Member; Scott Finn, *Ex Officio* Member; Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE: Timothy J. Smyth, Executive Officer; Lauren Santillana, Member Service Manager; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Gregory Molina, Board Secretary

ALSO IN ATTENDANCE: Michael Manning, of NEPC; Linda McNamee, Elisa Cadilla, Janey Frank, Marylyn Marion, Tom Gosnel, James Phiy, Joan Didlin, Ruthann Kennedy, of BTU/RTC; Andrew Luongo, of Segal.

EXCUSED ABSENCE: Christine M. Weir, Deputy Executive Director.

### Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:02 a.m.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

### Past Minutes
Motion made, and seconded, to ***accept*** the Administrative Session Minutes of the April 17, 2024 meeting as presented.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

## Outstanding/Ongoing Investment Issues:  John Kelly, Investment Analyst

### Q1 2024 Performance Summary

Mr. Manning stated that NEPC will review the first quarter 2024 investment performance, which provides a high-level review of the program's performance through 3/31/2024. He started with the quarterly report through March, a quick update of April, to set up the stage for the rest of the year with the workplan.

The asset allocation of the Boston Retirement fund versus other public defined benefit pension plans. A few things jump out.

First is that the System's Equity is roughly in line with other Systems. So, lower in US Equity but higher in non-US and higher in Emerging Markets. In a market where US equity is going to win, the BRS is going to lag a little bit because of the more diversified portfolio.

Fixed income, the system is in the middle allocation. Very consistent to where others are. Again, more diversified because the system has some high yield, emerging market debt in the portfolio. Finally, the system is about 25% of the overall portfolio. This is going to come into play when you look at the overall performance over time.

He outlined two charts. One is a seven-year chart, the other a 10-year chart. What the seven-year chart shows is that there are 200 public retirement funds. The systems return is close to the medium at seven-point three percent (7.3%) over the seven years. But the standard deviation or the volatility for the system is lower.

### April 2024 Flash Report

Mr. Manning reported that the plan was up +3.5% during the last quarter through the month of April, 2024 and +11.4% in the one-year period. The three performance was up +4.5%.

### Work Plan-2024

Mr. Manning stated that NEPC has included an updated work plan with the meeting materials.

## 2024 Search Planning

| | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | | | | |
| Asset Allocation | | | | | | | | | | |
| Performance | | | Q1 | | | Q2 | | | Q3 | |
| Education / Review | | | | | | | | | | |
| **TRADITIONAL** | | | | | | | | | | |
| Search / Presentations | | | | | | Issue Int'l Small Cap Search | Search Review | Analysis/ Presentations | | |
| **HEDGE FUNDS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | | | | | | | Issue Search | Search Review | |
| **PRIVATE MARKETS** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | Review Respondents | Finals Presentations | | Issue PE Search | Review Respondents | Finals Presentations | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |
| **REAL ESTATE** | | | | | | | | | | |
| Program Planning | | | | | | | | | | |
| Search / Presentations | | Review Respondents | Finals Presentations | | | | | | | |
| Performance | | | Q4 | | | Q1 | | | Q2 | |

**Documents Presented:**  1. NEPC May 2024 Meeting Materials.

## Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller

### April Financial Snapshot

Ms. McCarthy reported the April 2024 pension payroll as follows: Contributory payroll: $63,003,987; Contributory Payees: 15,756 ; Non-contributory payroll: $794,611; Total Non-contributory payees: 37; Regular Retirees: 37; Survivor/Beneficiary Retirees: 2; Disability Retirees: 8; Option C/Disb Surv 7 Members Refunds: 988 for $1,690,648; Members Transfers: 117 for $4,784,625; Option B Refunds: 4 for $ 247,325; and, Operational Warrants: $681,454.

Ms. McCarthy informed the Board that they will find a large number of transfers due to member services staff working on back log. She expects to continue to see a large number due to processing by member services. She also informed the Board that that in their Board package, they will find all the systems financials. Summaries, bank statements, reconciliations for the Board review. Nothing unusual. The annual audit is underway,  staff is working with Ernest &

*Boston Retirement Board   Administrative Session Minutes of May 15, 2024   Page 3 of 7*

Young and the systems actuary Segal to meet our deadlines.  We will have Gagsby present in July.

Ms. McCarthy informed the Board that her staff have been working on indemnifications since the beginning of April 2024. Staff is trying to catch up. The System had approximately 1300 bills in backlog. They have gotten 500 paid so far. They have the other portion in the system They have a small amount in the law department. She has two team members working on completing by the end of May.

Once they are done, the System will meet with Sergeant to take over this roll. They will negotiate and draft a contract that makes sense.

**Documents Presented:**  1. April 2024 Financial Snapshot, 2. 03.24 Direct Deposit, 3. 03.24 MMDT Reconciliation, 4. 03.24 MMDT, 5. 03.24 Operating Reconciliation, 6. 03.24 Operating, 7. 03.24 Retirement Payments, 8. 03.24 TB, 9. 03.24 Warrants, 10. 03.24 Adjusting Entries Summary, 11. 03.24 Cash Disbursements Summary, 12. 03.24 Cash Receipts Summary.

**Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director**

*April 2024 payroll update*
Ms. Santillana provided an update on the payroll numbers for the month of April 2024:

| | |
|---|---|
| 40 | Total possible |
| 2 | Pre-retirement Death |
| 30 | Superannuation's (Section 5) cases |
| 21 | Total superannuation on payroll |
| 8 | Disabilities on payroll |
| 2 | Cases missed the May payroll |
| 8 | Carry over cases that were resolved |
| 12 | Still have issues |

Ms. Santillana wanted to inform the Board that staff is still very busy with projects such as vacation buybacks, Personal leave buyback refunds for active has been completed and checks went out.  Recalculation's of CBA and working on back log of Transfers. As for vacation buybacks, staff will look into those when

they conduct their CBA research. Currently Fire and BPPA, which are one of the biggest tasks. They will be done when the CBA's are done. Pre-retired that are not CBA eligible will be a separate project in its own.

### Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer

*Administrative Update*
- *June 2024 MACRS travel approval*

Mr. Smyth informed the Board that under his agenda there is the topic of June 2024 MACRS travel. This is somewhat related to the following PERAC memos. There are new travel regulations. The Board has to approve by the actual travel expenses. I would like to ask the Board to approve this upcoming travel request of June 1st through the 4th of select staff and Board members by a vote.

Motion made, and seconded, to *approve* traveling request of Board members and staff per the direction of Mr. Smyth to attend and reimburse the June 2024  MACRS trustee conference.
*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; Member Finn Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

Mr. Smyth stated that in the following memos you'll see that PERAC recommends an he feels it's a good endeavor to review the Systems travel regulations. The last time the System updated their travel regulations was approximately 20 years ago. The reimbursable meal per day is $75. Mr. Smyth asked the Board if this should be increased to reflect the current cost as opposed to 20 years ago.

Ms. Thomas and Mr. Smyth will meet to review the regulations and make sure we comply with the new PERAC regulations and come up with a reasonable figure.
- PERAC Pension News No. 065.
- PERAC Memo 12-2024 re PERAC Regulations.
- PERAC Memo 13-2024 re PERAC Regulations.
- COLA/COLA base public comment.

### Legal Issues: Natacha Thomas, General Counsel
Ms. Thomas stated there were no legal issues to discuss.

## Adjourn from Administrative Session

The Board voted unanimously to adjourn from Administrative Session and enter into Executive Session at approximately 9:24 a.m.

*Roll Call Vote:  Member O'Reilly: Aye; Member Jackson: Aye; Member Joyce: Aye; Member Finn: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

## Administrative Session Convene

The Board voted unanimously via roll call (5-0) to enter Executive Session at approximately 10:08 a.m.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

- **COLA and COLA Base**

    The Board was informed by Mr. Luongo that as requested, he will present to the Board Boston Retirement System on cost of Increasing the COLA Base Effective July 1; 2024 with expanded Schedules.

Mr. Smyth read into the record a letter submitted by Ashley Groffenberger, Chief Financial Officer & Collector-Treasurer; City of Boston

    Mr. Smyth informed the Board that a vote must be held next month on the approval of the COLA increase.

    Chairman Greene concurred. Mr. Greene stated that the City has requested the Board to not take action on the COLA increase vote until the annual 2024 actuary evaluation from Segal can be completed.

    We will vote on the COLA increase next month. It's the time of year that this has to happen. The COLA Base can be discussed at a later date.

    The Board and Segal staff discussed timeline of evaluation and draft results.

    Motion made, and seconded, to ***table*** the COLA Base discussion until the City administration give their input on the 2024 actuary evaluation from Segal can be completed.

*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; Member Finn Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

There will be a notice sent out to all parties involved including members. Ms. Asked if there will be more public comments before the vote is taken.

Mr. Greene answered in the affirmative.

## Adjourn from Administrative Session

The Board voted unanimously to adjourn from Administrative Session at approximately 10:15 a.m.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Finn: Aye; and Chairman Greene: Aye.*

**Motion accepted (5-0)**

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Scott Finn
*Ex Officio Member*

Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*

## MINUTES OF BOSTON RETIREMENT BOARD
### Administrative Session
June 18, 2024
Boston Retirement Board
Room 115, Boston City Hall
Boston, Massachusetts 02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Karen T. Cross, Elected Member; Michael D. O'Reilly, Elected Member; Scott Finn, *Ex Officio* Member; and, Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE: Timothy J. Smyth, Executive Officer; Christine Weir, Deputy Executive Officer; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen McCarthy, Comptroller; Gregory Molina, Board Secretary.

ALSO IN ATTENDANCE: Michael Sullivan, Matt Ritter, Matt Treveloni, Kiley Murphy of NEPC; Denise Berckley, Sandra Baley Feyal, Mary Anne Urbrau, James Phiy, Connie Thibaut, Charles Johnson, Johnny McInnis, Janey Frank, Tom Gosnel, Boston Teachers Union/Retired Teacher's Union; Bruce Broioman of Councilor Worrell's Office; Ellie Perez of Councilor Coletta's Office; Kori Tyler, Beatrix Knight of Councilor Mejia's Office; Jessie Pervis of Council President Louijeune's Office; Michael Dwyer, William Oates, IT Consultants.

## Administrative Session Convene
The Board voted via roll call (5-0) to enter into Administrative Session at approximately 9:06 a.m.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

## Past Minutes
Motion made, and seconded, to ***accept*** the Administrative Session Minutes of the May 15, 2024 meeting as presented.
*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

**Documents Presented:** 1. Administrative Session Minutes of 05.15.2024.

## Outstanding/Ongoing Investment Issues: John Kelly, Investment Analyst
### *Real Estate Search*

Mr. Sullivan started by stating that the real estate search was issued in February and focused on opportunistic and value-add strategies. The search received 62 responses in total, varying by sub-strategy, fund size, geographic exposure, and sector focus. This year's recommended commitment amount for the System's real estate program is $75 million.  The Board will review the list of respondents and discussed next steps for the search.

Mr. Treveloni continued by stated that the 2024 real estate search was issued in February, and focused on opportunistic and value-add strategies. The search received 62 responses in total. NEPC recommends committing $75 million to the System's real estate program in 2024. This amount is based on the annual pacing plan, and the System's 10% target to real estate. The respondent list is included on the subsequent pages, categorized by strategy type. Information on the System's current real estate program is included. in the appendix.

NEPC have focused on managers that responded that are more prudent on how to structure deals, meaning that is something that they looked at even when the markets were Choppy. They like managers that have been driven by high leverage.

On the Opportunistic side, a group like Ares was discussed.  These are managers we think have done a pretty good job in structuring deals and not taking on too much leverage in their portfolio.

Mr. Ritter added that on the Value-Add side, a group like LaSalle, whose performance in really strong markets has not been as good as because of too much leverage.  There are other strategies were better at mitigating risks. Elm Tree, is a triple net lease strategy.  It was noted that there are some managers that the System has had a long-term relationship.  Mr. Sullivan stated that this search covers this year and next year. These funds are not expected to close until next year 2025.

The Board, NEPC staff and BRS staff discussed the strategies recommended by NEPC and the respondent managers and their strategies and success of managers currently providing services to the BRS.

The Board decided have TerraCap, Mesirow and Galvanize Climate Solutions to come in and present their strategies to the Board in July, 2024 Board meeting.

### June 2024 Flash Report

Mr. Sullivan reported that the plan was up +2.2% through the month of June, 2024; +11.9% one year; and, +3.7% year to date.

### Work Plan-2024

Mr. Sullivan stated that NEPC has included an updated work plan with the meeting materials.

| | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | |
| Asset Allocation | | | | | | | |
| Performance | | | Q2 | | | Q3 | |
| Education / Review | | | | | | | |
| **TRADITIONAL** | | | | | | | |
| Search / Presentations | | Issue Int'l Small Cap Search | | Search Review | Analysis/ Presentations | | |
| **HEDGE FUNDS** | | | | | | | |
| Program Planning | | | | | | | |
| Search / Presentations | | | | | Issue Search | Search Review | Presentations |
| **PRIVATE MARKETS** | | | | | | | |
| Program Planning | | | | | | | |
| Search / Presentations | | Direct Lending Search Review | Finals Presentations | Issue PE Search | Review PE Respondents | Finals Presentations | |
| Performance | | | Q1 | | | Q2 | |
| **REAL ESTATE** | | | | | | | |
| Program Planning | | | | | | | |
| Search / Presentations | Search Review | Finals Presentations | | | | | |
| Performance | | | Q1 | | | Q2 | |

**Documents Presented:** 1. NEPC June 2024 Meeting Materials.

## Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer

### Cyber Security

Mr. Dwyer and Mr. Oates opened by stating that We believe the Board is aware of a BRS application submitted on March 8, 2024 for a $67,500 grant to support cybersecurity professional services. We applied through the Municipal Local Cybersecurity Grant Program managed by the Massachusetts Office of Grants & Research (OGR). They believe we made a compelling application but want to be positioned for whether we get the grant or not. We worry that since

grant monies can be used to move to a ".gov" domain, set up multi-factor authentication or for cyber awareness training, there may be very needy competing applicants.

Unfortunately, the date of May 31 mentioned in the application materials for review and notification by OGR have come and gone with no statement on when to expect notice. Given that BRS Board meetings are only monthly, we want to use this opportunity to prep the Board about considering self-funding the work and also about some preparatory effort that we might undertake in either scenario. For example, we could start developing an RFP for the anticipated professional services. For additional background, the summary below is from the grant Application as are the milestone and cost information attached as an Excel Spreadsheet.

The System is looking for services to 1) review and update their written incident response plan and 2) develop and implement two Homeland Security Exercise and Evaluation Program (HSEEP) compliant tabletop exercises. The tabletop exercises (TTX) are intended to test the incident response plans and other policies while allowing participants to practice decision-making, communication under pressure, and collaborative problem-solving. Exercise One would be focused on a cyber incident that tests BRS senior management and key staff responses to an organization specific cybersecurity incident. Exercise two, which will be held later, would be broader in scope and will include detection, response, and communications activity with a number of impacted partners and stakeholders.

The Board instructed Mr. Dwyer and Mr. Oates to look into self-funding the work and also about some preparatory effort that we might undertake in either scenario. In the hope of issuing an RFP for these services.

### Vitech

Mr. Smyth informed the Board that there has been an increasing disappointment with Vitech V10 product and its deficiencies. There have been some wholesale changes within the organization that has adversely impacted the BRS. To the extent that there are some key people assigned to the BRS that are being replaced. It's almost to the breaking point. For instance, we have asked for quotes and they have been non-responsive. Mr. Smyth anticipates that, probably within months, BRS staff come to management and ask to RFP the pension software contract.

The Board discussed the issues with staff and consultants on incidents and a possible solution to the issues. The Board directed Mr. Smyth to look into breach letters and further steps that can be taken to develop a pension software strategy. Also, to reach out to Ice Miller to review the contract for any legal action that can be taken by the BRS.

### 3% COLA

Chairman Green informed that those who are present in support of the COLA 3% increase, that the vote will be brief. Last month we discussed that there are two aspects of the COLA Base and the 3% COLA increase. The COLA base is to be discussed at a later date when we have all the information we need.

Motion made, and seconded, to **_grant_** a three percent (3%) cost of living allowance of fiscal year 2025.

*Roll Call Vote: Member O'Reilly: Aye; Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

Mr. Smyth wanted to inform the Board and those in attendance that Counselor Flynn sent in a letter of support for the 3% COLA increase that is in the Boards package.

Mr. Greene stated that the vote today was for the 3% increase the COLA base will be taken up as soon as possible. There will be a public notice going out well before the meeting.

**Documents Presented:** 1. Correspondence from City of Boston Office of Finance in support of 3 per cent COLA. 2. Notice to City Clerk re COLA and attachments - 04.16.2024. 3. PERAC Memo 14-2024 re tobacco company list. 4. Notice from PERAC re cybersecurity breach in Town of Arlington.

### Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller

#### June 2024 Financial Snapshot

Ms. McCarthy reported the June 2024 pension payroll as follows: Contributory payroll: $64,017,716; Contributory Payees: 15,727; Non-contributory payroll: $334,552; Total Non-contributory payees: 37; Regular Retirees: 15; Survivor/Beneficiary Retirees: 2; Disability Retirees: 8; Option C/Disb Surv 6 Members Refunds: 81 for $1,518,521; Members Transfers: 152 for $6,807,579; Option B Refunds: 4 for $ 165,124; and, Operational Warrants: $2,666,710.

Ms. McCarthy wanted to point out to the Board the increase of transfers is due to member services and quality assurance's effort to clean up back log. Ms. McCarthy informed the Board that the Systems financial information for the month is in their Board package. She stated that there was nothing unusual for to report regarding the financials.

### Medical Indemnification Payments

Ms. McCarthy stated that the finance staff took over the medical indemnification process on 04/01/2024.  To date, they have processed over 1,700 invoices.  Of those, over 1,400 of those bills had service dates prior to 04/01/2024, that were backlogged that hadn't been processed for whatever reason. As of Friday, of last week, there were no files pending with the law department.  At this point, Ms. McCarthy considers the System to be up to date.

Ms. McCarthy estimated the System gets about 160 medical bills per month. This is usually handled by one position but because of the backlog, we are processing when not conducting our regular duties. In April 2024, the System paid 502 bills, in May 2024 the System paid over 900 bills and so far in June 2024, we have paid 215 bills.

Ms. McCarthy was asked by the Board if there was a long-term plan for this issue.  Ms. McCarthy stated that they got a quote from Sergeant to do this function externally.  However, she believes the System can still do the job in-house and that she is working with HR to develop a more precise job description to be posted.

**Documents Presented:**   1. Commonwealth Appropriation for FY25- issued by PERAC 05.10.2024. 2. Financial Snapshot for May 2024. 3. BRS Cash Projections 2024_April  (2).   4.   04.2024   MMDT   Reconciliation.   5.   04.2024_Cash Receipts_Summary.   6.   4   04.2024_Cash   Disbursements   Summary.   7. 04.2024_Adjusting Entries Summary. 8. MMDT 04.2024. 9. GL_04.2024. 10. Warrants_04.2024. 11. TB_04.24. 12. Operating 04.2024. 13. Retirement Payments 04.2024. 14. Direct Deposit 04.2024. 15. BRS Cash Projections 2024_April (1).

**Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director**

### June 2024 payroll update

Ms. Weir provided an update on the payroll numbers for the month of June 2024:

- 40      Total possible
- 31      Superannuation's (Section 5) cases

28     Total superannuation on payroll
11     Disabilities on payroll
 5     Cases missed the May payroll

Ms. Weir wanted to inform the Board that staff is still working on the transfer backlog. They are also working on the CBA's and the vacation buyback calculations.

**Legal Issues: Natacha Thomas, General Counsel**
Ms. Thomas stated there were no legal issues to discuss.

**Adjourn from Administrative Session**
The Board voted unanimously to adjourn from Administrative Session and enter into Executive Session at approximately 10:47 a.m.

Respectfully submitted,
BOSTON RETIREMENT BOARD


Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Scott Finn
*Ex Officio Member*


Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*


Thomas V.J. Jackson
*Fifth Member*

## MINUTES OF BOSTON RETIREMENT BOARD
**Administrative Session**
August 21, 2024
Boston Retirement Board
Room 801, Boston City Plaza
Boston, Massachusetts 02201

TRUSTEES IN ATTENDANCE: Daniel J. Greene, Mayoral Appointed Member (Chairman); Michael D. O'Reilly, Elected Member; Karen T. Cross, Elected Member; Scott Finn, Ex Officio Member; Thomas V.J. Jackson, Fifth Member.

STAFF IN ATTENDANCE: Timothy J. Smyth, Executive Officer; Christine M. Weir, Deputy Executive Officer; John F. Kelly, Investment Analyst; Natacha Thomas, General Counsel; Ellen M. McCarthy, Comptroller; Flor Valencia, IT Manager.

ALSO IN ATTENDANCE: Michael Manning, Michael Sullivan, Kiley Murphy of NEPC; Peter Lipson, Fran Peters of HarbourVest; Lee Kruter, Brendan McDonough of GoldenTree; Janey Frank, Thomas Gosnel, Joan Devlin, Christine Buttiglieri, Marylyn Flowers Marion, Maryanne Urban, Denise Berkley, John McInnis, Connie Thibault of Boston Teachers Union/Retired Teacher's Union; Joseph Smith of USW/SENA 9158; Elissa Cadillic of AFSCME 1526; Grant Farrington, Rachel Grupp of BMRB; Brant Duncan of AFT MA; Brieajan, Edward Flynn, Sidney Scanlon of Counselor Flynn's Office; Ana Calderon of Councilor Santana's Office; Shyann Copalandes of Councilor Durkan's Office; Korrelyn Tyler of Counselor Mejia's Office; Anushrse Sahay of Councilor Worrell's Office; Jordan Frias of Councilor Weber's Office; Elizabeth Sanchez of Councilor Zapata's Office; Joseph Foley of Local-718; Jacob DeBlecourt of Clair Anderson; Kathy Riley, Segal.

### Administrative Session Convene
The Board voted unanimously via roll call (5-0) to enter into Administrative Session at approximately 9:13 a.m.
*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*
**Motion accepted (5-0)**

### Past Minutes

Motion made, and seconded, to ***accept*** the Administrative Session Minutes of the July 17, 2024 meeting as presented.

*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

### Outstanding/Ongoing Investment Issues:  John Kelly, Investment Analyst

*Private Debt Search*

Mr. Manning stated that the private debt search focused on credit opportunities and direct lending strategies to fill $60 million in total commitments for 2024. As a reminder, the System committed $30 million to credit opportunities (Siguler Guff) and has ~$30 million to commit to direct lending. At the July meeting we reviewed the direct lending respondents, and two finalists were selected to present at today's meeting.

*HarbourVest*

Mr. Peters opened by stating that HarbourVest is a 40+ years firm with $125.4B total AUM across all strategies. The firm counts on  225+ investment professionals with 25 years average industry experience of managing directors. Private markets specialists in equity, credit, and real assets. HarbourVest seeks private credit opportunities with premier PE sponsors by leveraging its position as a large, experienced allocator in over 2,000 funds to secure allocations. The firm does this with differentiated sourcing; They leverage their position as a large, experienced LP to source credit opportunities across platform. Reviewed opportunities from over 250 PE sponsors over 4 years, committed capital to over 55 unique sponsors.

The firm  allocation advantage strategies such as exercising high selectivity, driven by 85% allocation to targeted pipeline and serve as the only co-lender in approx. 25% of their portfolio. They count on an experienced team with 20+ person dedicated credit team, investment committee with 29 years of average experience. 225+ investment professionals across the firm with incentives to source credit opportunities. HarbourVest  conducts a 3-step formal due diligence process, supplemented by input from legal, tax and ESG teams. Critically evaluate downside scenarios, conduct routine stress tests and quarterly portfolio reviews. They invest in less than 5% of sourced opportunities to build highly diversified portfolios across issuers, industries, and sponsors.

HarbourVest Direct Lending II; The objectives provide clients with access to a diversified global portfolio of senior credit investments, generally floating rate exposure. Seek current income and stable performance with a focus on downside protection and capital preservation. Their investment focus is to create a Portfolio of direct investments in ~ 75 senior securities. Targeting sponsored, middle market companies, defined as those with $10 --$200+ million of EBITDA.

Mr. Lipson continued by stating that the transaction types are First Lien 25-40%, Second Lien 10-20%, Unitranche 45-50%. The geographical areas are US 75-100% and globally 0-25%.

HarbourVest Direct Lending II  terms are; Target size, $1.5 billion. Investment period, 3 years. Term, 6 years, with three one-year extensions at the option of the General Partner. The structure, Delaware LP main fund, with Delaware LP and Luxembourg AIF parallel funds to mitigate UBTI and ECI exposure. A levered and  unlevered fund will be offered. Management fees are a levered sleeve: 0.65% on cumulative capital invested/committed for investments. Unlevered sleeve: 0.75% on lesser of the total capital commitments and (ii) the cumulative capital invested/committed for investments. Volume discount, 5 bps reduction in fees for commitments between $50 and $100 million. 15 bps reduction in fees for commitments between $100 and $200 million. 20 bps reduction in fees for commitments greater than $200 million. The last cycle discount is available to any LP that also invests $25 million or more in certain other programs managed by HarbourVest over the last cycle. The carried interest consists of 10.0% carry on net investment profits. Levered sleeve: 7.0% limited partner preferred return with general partner catch up. Unlevered sleeve: 5.0% limited partner preferred return with general partner catchup and European Waterfall

*GoldenTree*
Mr. McDonough opened by giving a firm overview. The firm was founded in 2000 with current assets under management of nearly $55 billion. Employee owned with 25 partners, of whom over 40% have been promoted internally. Over 97 investment professionals with on average 16 years' experience and headquartered in New York with a global physical presence for nearly 20 years. Offices in West Palm Beach, Charlotte, Newport Beach, Dallas, London, Dublin, Munich, Dubai, Singapore, Tokyo and Sydney.

The process implemented by Golden Tree is a conservative, value oriented, total return philosophy with disciplined capital base. Proprietary research on over 1,000 issuers. Rigorous relative value approach using proprietary technology and

a sophisticated, dynamic approach to risk management. The firm's track record generated $32 billion of gross profit cumulatively since inception. Their flagship Master Fund has delivered net returns to investors that are top decile over the last 10 years and since inception. Launched 17 private equity style funds to capture specific dislocations or more concentrated opportunities, delivering net annualized returns of ~18% on average. Fixed income offerings have outperformed their benchmarks across market cycles by ~140bps net on average. Their infrastructure consists of significant investment in infrastructure comprising over 140 employees. The ability to execute dedicated, customized SMAs and Fund of Ones Infrastructure. A Global Business Development Team providing valuable insight.

Mr. Kruter continued by stating that GoldenTree Private Credit Strategy has made $7 billion in private credit investments, delivering a positive return on 100% of its realized investments - a loss rate of 0%. GoldenTree's borrowers generate on average $350mm EBITDA. GoldenTree targets these larger borrowers given the significant growth and compelling risk-return that this market segment presents. GoldenTree is a solutions provider that can address complex situations quickly and in size and in doing so creates differentiated value for issuers and its investors. Private Credit Fund I is delivering a net IRR of 20%+ - top decile levels compared to peers – and has already fully realized investments at attractive premiums to par. The Fund has called over 70% of commitments invested in 40 issuers across over 10 different industries in the US and Europe The Fund's diverse investor base represents corporate and public pensions, sovereign funds, insurance companies, endowments and family offices across the US, Europe, Middle East and Asia. GoldenTree's partners and employees have made substantial commitments to the strategy alongside its investors, illustrating our high conviction in the strategy and strong alignment of interests. Given the attractive opportunity set we see, GoldenTree will be launching Private Credit Fund II in 4Q 2024

Private Credit Fund II is a fund with committed capital of $1.36 billion with a  first close in November 2022. Investment period duration is 3 Years with a Net Capital Called of 73%. Distribution frequency is quarterly. With a first distribution date of April 2023. The estimated annualized distributions of 10%+.

ITD Net IRR of 21.1% and ITD Net Multiple 1.1x. The fund investments consist of a total number of  45 Issuers, Unrealized 40, Realized 5 and fully realized IRR 16%. A breakdown of asset types is 81% 1st lien, 7% 2nd lien and 12% other debt.

The Board, BRS staff and NEPC discussed the merits of the respondent's firms' presentations, fees, past performances of current managers. They also discussed amounts to be invested and investment strategies.

*Motion made, and seconded, to **hire** GoldenTree Private Credit Fund for $50 million dollars, HarbourVest Direct Lending II for $10 million dollars and 400 Capital Asset Based Offshore Term Fund IV for $10 million dollars. As a part of 2024 overall debt search.*

*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; Member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

*Investment Policy Statement*

The System's investment policy statement (IPS) serves as the guide to all aspects of the investment program. The IPS is updated from time to time to reflect the System's current investment program. At today's meeting, NEPC will provide an updated IPS for the Board's review. The investment policy statement (IPS) serves as the corner stone for the System's investment program. The statement is meant to guide all aspects of the portfolio including: – Goals and Objectives, Investment Guidelines,  Roles and Responsibilities. The IPS is updated from time to time to reflect the System's current investment program. Summary of IPS Revisions: Updated Appendix I to reflect the current asset allocation policy. Updated Appendix II to reflect the current investment managers. Removed the benchmark column from Appendix I and II.

*Motion made, and seconded, to **accept** Investment Policy Statement as presented*

*Roll Call Vote: Member O'Reilly: Aye;  Member Jackson: Aye; member Finn: Aye; Member Cross: Aye; and, Chairman Greene: Aye.*

**Motion accepted (5-0)**

*Q2 2024 Performance Report*

Ms. Murphy stated the performance total fund. The market value is $7,025,192,595; 3 months: +1.0; Year to date: +4.5; 1 year, +9.6%;  3 years: +3.1% and 5 years: + 7.2%.

*July 2024 Flash Report*

Mr. Manning reported that the plan was up + 1.0% through the month of July, 2024 and +4.5% in the one-year period. The plan performance was up + 7.5 since its inception.

*Work Plan-2024*

Mr. Manning stated that NEPC has included an updated work plan with the meeting materials.

| | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|---|---|---|
| **TOTAL PLAN** | | | | | | | |
| Asset Allocation | Rebalancing | AA Review New Targets: +1% TIPS -1% Core FI | | | | | |
| Other/ Education | | NEPC Market Outlook | | | | | |
| **TRADITIONAL** | | | | | | | |
| Traditional Commitments | | | | | | | |
| Traditional Review | | | | | | | Issued Int'l SC Search |
| **HEDGE FUNDS** | | | | | | | |
| HF Review | | | | | | | |
| HF Commitments | | | | | | | |
| **PRIVATE MARKETS** | | | | | | | |
| PE/PD Program Planning | Pacing Plan | Issued PD Search | | | | | |
| PE/PD Commitments | | | | GidCqn Sig Guff - $30 | | | |
| **REAL ESTATE** | | | | | | | |
| RE Program Planning | Pacing Plan | Issued Search | | | | | |
| RE Commitments | | | | | | | Mesirow - $25 TerraCap - $25 |

**Documents Presented:** 1. NEPC 2024 08 Meeting Materials, 2. HarbourVest_BRS. 3. GoldenTree_BRS

**Outstanding/Ongoing Administrative Issues: Timothy J. Smyth, Executive Officer**

PERAC Memos, Reports and/or Forms for Board education:

- PERAC Memo 22-2024 re New Standard for Calculating Public Sector Post-Retirement Work Limitations
- PERAC Memo 21-2024 re New Anti-Spiking Exemptions
- *PERAC Memo 20-2024 re Cost of Living Increase for Supplemental Dependent Allowance*
- *PERAC Memo 19-2024 re Reinstatement to Service*
- *PERAC Funded Ratios report - issued 07.01.2024*

Mr. Smyth shared with the Board that there are four PERAC memos in the

**Documents Presented**  1. Administrative Session Minutes of 8.21.2024. 2. Boston Retirement System. 3. 2nd FY25 COLA base Notice to City Council with preliminary actuarial valuation - 07.25.2024. 4. Email to City Clerk re public comment of COLA base - efiled 07.25.2024. 5. Correspondence from Cheryl Delaney in support of increase of COLA base to $18,000 - received 04.30.2024. 6. Correspondence from City Councilor Benjamin Weber in support of COLA base increase to $18,000. 7. Correspondence from City Councilor Edward Flynn in support of COLA base and 3% COLA - received 08.19.2024. 8. Correspondence from City Councilor Erin Murphy in support of COLA base increase to $18,000. 9. Correspondence from City Councilor Enrique Pepen in support of increasing COLA base to $18,000. 10. Correspondence from City Councilor Gabriela Coletta in support of COLA base increase to $18,000. 11. Correspondence from City Councilor Henry Santana in support of COLA base increase. 12. Correspondence from City Councilor Henry Santana in support of COLA base increase. 13. Correspondence from City Councilor Julia Mejia in support of COLA base increase to minimum of $18,000. 14. Correspondence from City Councilor Ruthzee Louijeune in support of increase to COLA base. 15. Correspondence from Claire OToole in support of increase of COLA base to $18,000. 16. Correspondence from Constantia Thibaut in support of COLA base increase to $18,000. 17. Correspondence from Elissa C Cadillic AFSCEME in support of COLA base increase to $18,000. 19. Correspondence from Janey Frank in support of COLA and COLA base increase. 20. Correspondence from Jason Gagnon in support of COLA. 21. Correspondence from Jessica Tang in support of COLA base increase to $18,000. 22. Correspondence from John Palladino in support of moving COLA base to $18,000. 23. Correspondence from John Zuccaro in support of COLA base increase to $18,000. 24. Correspondence from Kathleen Dunn in support of moving COLA base to $18,000. 25. Correspondence from Marilyn F Marion of Mass. Alliance for Retired Americans in support of COLA base increase. 26. Correspondence from Mass. AFL-CIO in favor of increasing COLA base to $18,000. 27. Correspondence from Maureen Gillan in support of increase of COLA base to $18,000. Correspondence from Richard Cesareo in support of moving COLA base to $18,000. 28. Correspondence from State Rep. Rob Consalvo and Bill MacGregor in support of increase to COLA base. 29. Correspondence from Susan Gregorio in support of BRB Increase. 30. Correspondence from City CFO Ashley Groffenberger re COLA base and funding schedule.  31. Correspondence from Boston Police Superior Officers Federation re in support of COLA base increase. 32. PERAC Memo 22-2024 re New Standard for Calculating Public Sector Post-Retirement Work Limitations. 33. PERAC Memo 21-2024 re New Anti-Spiking Exemptions. 34. PERAC Memo 20-2024 re Cost of Living Increase for

Supplemental Dependent Allowance. 35. PERAC Memo 19-2024 re Reinstatement to Service. 36. PERAC Funded Ratios report.

## Outstanding/Ongoing Financial Issues: Ellen M. McCarthy, Comptroller

*July 2024 Financial Snapshot*

Ms. McCarthy reported the August 2024 pension payroll as follows: Contributory payroll: $63,758,675; Contributory Payees: 15,752; Non-contributory payroll: $567,089; Total Non-contributory payees: 37; Regular Retirees: 21; Survivor/Beneficiary Retirees: 4; Disability Retirees: 4; Option C/Disb Surv 6 Members Refunds: 65 for $1,468,425; Members Transfers: 101 for $4,878,484; Option B Refunds: 3 for $106,217; and, Operational Warrants: $269,716.

**Documents Presented**  1. July 2024 Financial Snapshot for calendar year 2024. 2. 06.2024 BRS Cash Projections 2024_JUNE 3. 06.2024 MMDT Reconciliation 06.2024 BRS Cash Projections 2024_4. 4. 06.24_Cash Receipts Summary. 5. 06.24_Cash Disbursements Summary. 6. 06.24_Adjusting Entries Summary. 7. 06.2024 MMDT Reconciliation. 8. Operating Reconciliation. 9. 06.2024 Direct Deposit. 10. TB_06.24. 11. GL_06.24. 12. 06.2024 Operating. 13. 06.2024 Retirement Payments.

## Outstanding/Ongoing Operations Issues: Christine M. Weir, Deputy Executive Director

*July 2024 payroll update*

Ms. Weir provided an update on the payroll numbers for the month of July 2024:

| | |
|---|---|
| 32 | Total possible retirements |
| 23 | Superannuation cases |
| 4 | Death of active |
| 4 | Disability cases |
| 26 | Cases made it to payroll |
| 6 | Cases did not make it to payroll (1  Death of an active and 5 Superannuation) |
| 1 | Death of active |
| 5 | Superannuation |

## Legal Issues: Natacha Thomas, General Counsel

Ms. Thomas stated there were no legal issues to discuss.

Member O'Reilly wanted information on members 91A backlog that he was made aware of. He asked if there was a PERAC audit. Mr. Smyth responded by

stating that there was no PERAC Audit. The backlog has gone back three years. Ms. Thomas interjected that it's really a two-part project. One is members are not reporting their income, so we need to have a hearing. The backlog started at the time of covid. We did not have available hearing officers or space to conduct hearings. We had to prioritize disability cases. We did work on members to comply. We couldn't conduct hearings here so we got a lot of members to comply that did not report their earnings. Some members have been repeated offenders. PERAC will suspend all  members that do not comply.

*Preliminary evaluation report as of January 1, 2024.*
Kathleen A. Riley stated to the Board. The last evaluation was conducted in January 2022, so it's been two years since the last evaluation. This evaluation reflects the two years budget going forward.

It is preliminary due to previous assumptions that they have used. We have to select a funding schedule but all the numbers have been reviewed. Once the funding schedule is chosen we will provide the final evaluation. During the plan years ending December 31, 2022 and December 31, 2023, the rate of return on the market value of assets was -10.44% and 10.45%, respectively, compared to the assumed rate of return of 6.90%. The rate of return on the actuarial value of assets (which gradually recognizes market fluctuations) for the plan years ending December 31, 2022 and December 31, 2023 was 4.39% and 5.51%, respectively.

The actuarial value of assets as of December 31, 2023 was $7.623 billion, or 105.5% of the market value of assets of $7.223 billion (as reported in the Annual Statement).  As of December 31, 2021, the actuarial value of assets was 94.9% of the market value of assets. With the actuarial value of assets, there was a total unrecognized investment loss as of December 31, 2023 of -$400.2 million. This investment loss will be recognized in the determination of the actuarial value of assets for funding purposes in the next few years, to the extent it is not offset by recognition of investment gains derived from future experience.  This implies that earning the assumed rate of investment return (net of expenses) on a market value basis will result in investment losses on the actuarial value of assets in the next few years. The projected unfunded actuarial accrued liability in the funding schedule does not reflect the recognition of deferred investment losses.

The unfunded liability was expected to decrease by $530 million from $1,449 million as of January 1, 2022 to $919 million as of January 1, 2024 before reflecting the 5% COLA which was approved after the prior valuation was completed. This expected decrease reflects the additional contribution of $23.5

million made in 2023. The actual unfunded liability (before consideration of assumption changes) of $1,257 million as of January 1, 2022 is $309 million higher than expected.

*COLA base and funding schedule*

Mr. Smyth read into the record a letter written by the City of Boston's Chief Financial Officer & Collector-Treasurer, Ashley Groffenberger into the record. The public, advocates made public comments in support of the COLA base increase schedule. The Board and BRS staff discussed the letter and its content.

### Adjourn from Administrative Session

The Board voted unanimously to adjourn from Administrative Session and enter into Executive Session at approximately 12:39 p.m.

Respectfully submitted,
BOSTON RETIREMENT BOARD

Daniel J. Greene, Esquire
*Mayoral Appointed Member, Chairman*

Scott Finn
*Ex Officio Member*

Karen T. Cross
*Elected Member*

Michael D. O'Reilly
*Elected Member*

Thomas V.J. Jackson
*Fifth Member*