**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STELLANTIS N.V., CARLOS TAVARES, and NATALIE M. KNIGHT,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-06196-JHR-GS<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION TO STRIKE EXHIBITS TO DEFENDANTS' MOTION TO DISMISS** |

PLEASE TAKE NOTICE that Lead Plaintiff Boston Retirement System respectfully moves the Court to exercise its inherent power to strike from consideration the Exhibits to the Declaration of Yevgeniya Lotova (ECF No. 56). *See Outlaw v. City of New York*, 2024 WL 4825955, at *3 (S.D.N.Y. Nov. 19, 2024) ("Whether to grant or deny a motion to strike is vested in the trial court's sound discretion."). This Motion is based on the Memorandum in Support of Lead Plaintiff's Motion submitted hereto and the record in this case.

Dated: September 12, 2025

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**BERNSTEIN LITOWITZ BERGER**
　　　　　　　　　　　　　　　　　　　**& GROSSMANN LLP**

　　　　　　　　　　　　　　　　　　By: /s/ *Rebecca E. Boon*
　　　　　　　　　　　　　　　　　　Rebecca E. Boon
　　　　　　　　　　　　　　　　　　Salvatore J. Graziano
　　　　　　　　　　　　　　　　　　Alec T. Coquin
　　　　　　　　　　　　　　　　　　Rebecca S. Temkin
　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　Telephone: (212) 554-1400
　　　　　　　　　　　　　　　　　　Facsimile: (212) 554-1444
　　　　　　　　　　　　　　　　　　rebecca.boon@blbglaw.com

2

salvatore@blbglaw.com
alec.coquin@blbglaw.com
rebecca.temkin@blbglaw.com

*Attorneys for Lead Plaintiff Boston
Retirement System*

2