UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

:

STEVEN LONG, individually and on behalf of all
others similarly situated,

:

:

:

Plaintiffs,    :

:

v.    :

:

STELLANTIS N.V., CARLOS TAVARES, and
NATALIE M. KNIGHT,

:

:

:

Defendants.    :

:

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/15/2025
```

24-CV-6196 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 15, 2024, Plaintiffs initiated this lawsuit, *see* Compl., Dkt 1;

WHEREAS on March 31, 2025, Plaintiffs filed an amended complaint, *see* First Am.

Compl., Dkt. 49;

WHEREAS on June 30, 2025, Defendants moved to dismiss the First Amended

Complaint, *see* Dkt. 54, and submitted a letter motion requesting oral argument on the motion to

dismiss, *see* Dkt. 59;

WHEREAS on September 12, 2025, Plaintiffs filed an opposition to Defendants' motion

to dismiss, *see* Dkt. 60, and submitted a letter motion joining Plaintiffs' request for oral argument

on the motion to dismiss, *see* Dkt. 63; and

WHEREAS on November 5, 2025, this case was reassigned from Judge Jennifer H.

Rearden to the Undersigned;

IT IS HEREBY ORDERED that the parties' request for oral argument on the motion to

dismiss is DENIED.  The Court is in the process of considering the parties' submissions and will

contact the parties to schedule a hearing if it deems that one is necessary to resolve the pending

motions in this case.

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 59, 63.

SO ORDERED.

Date:   December 15, 2025          _____
        New York, NY                        VALERIE CAPRONI
                                      United States District Judge