**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
STEVEN LONG, individually and on behalf of all
others similarly situated,

                             Plaintiff,                       24 **CIVIL** 6196 (VEC)

            -against-                          **JUDGMENT**

 STELLANTIS N.V., CARLOS TAVARES, and
 NATALIE M. KNIGHT,

                       Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 13, 2026, the Motion to Dismiss is

GRANTED. Because the Court did not rely on any of the exhibits that Plaintiff moved to strike

in rendering this decision, the Motion to Strike is DENIED AS MOOT; accordingly, the case is

closed.

**Dated:**  New York, New York

      March 16, 2026

                               **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                    **BY:**

                                     **Deputy Clerk**