**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN LONG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>STELLANTIS N.V., CARLOS TAVARES, and NATALIE M. KNIGHT,<br><br>    Defendants. | Case No. 1:24-cv-06196-VEC-GS<br><br>Honorable Valerie E. Caproni<br><br>**NOTICE OF APPEAL** |

Notice is hereby respectfully given that Lead Plaintiff Boston Retirement System in the above-captioned securities class action, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Hon. Valerie E. Caproni, U.S.D.J., ECF No. 74, and related Judgment, ECF No. 75, entered March 16, 2026.

Dated: April 15, 2026

/s/ Rebecca E. Boon
Salvatore J. Graziano
Rebecca E. Boon
Alec T. Coquin
Rebecca S. Temkin
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
rebecca.boon@blbglaw.com
alec.coquin@blbglaw.com
rebecca.temkin@blbglaw.com

*Counsel for Lead Plaintiff and Lead Counsel*
*for the Class*